# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IT.com, Inc., | ) |
|     Suite 310 | ) |
|     1100 Connecticut Avenue, N.W. | ) |
|     Washington, D.C. 20036, | ) |
| And | ) |
| MARK A. CORDOVER, | )  Civil Action No. |
|     2610 Normanstone Lane, N.W. | ) |
|     Washington DC 20008 | ) |
|         *Plaintiffs*, | ) |
| v. | ) |
| MOSHE MOSBACHER, | ) |
|     No. 22972 | ) |
|     8605 Santa Monica Boulevard | ) |
|     Los Angeles | ) |
|     California 90069-4109, | ) |
|         *Defendant.* | ) |

## COMPLAINT

### (DIVERSITY JURISDICTION; BREACH OF CONTRACT; COMPENSATORY DAMAGES)

This is an action between citizens of different States, where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Plaintiff IT.com, Inc. and plaintiff Mark A. Cordover, through their undersigned lawyers, bring this complaint against defendant, Moshe Mosbacher, alleging breach of contract and seeking compensatory damages,

plus costs and attorney's fees. In support of this claim, plaintiff IT.com, Inc. and plaintiff Mark A. Cordover allege as follows.

## PARTIES

1. Plaintiff IT.com, Inc. is a corporation organized and operating under the laws of the State of Delaware, with its principal place of business at Suite 310, 1100 Connecticut Avenue, NW, Washington, D.C. 20036.

2. Plaintiff Mark A. Cordover is a citizen of the District of Columbia, residing at 2610 Normanstone Lane, N.W., Washington DC 20008.

3. Defendant, Moshe Mosbacher, is a citizen of the State of California, residing at No. 22972, 8605 Santa Monica Boulevard, Los Angeles, California 90069-4109.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States.

5. This Court may exercise personal jurisdiction over defendant, Moshe Mosbacher, in that this action seeks damages from a contract in which defendant, Moshe Mosbacher, consented to the exercise of personal jurisdiction over him by this Court regarding any dispute arising under that contract.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 in that the parties entered into a contract in the District of Columbia which specified that the laws of the District of Columbia would govern the contract and provided that defendant consented to jurisdiction and venue in this Court.

## ALLEGATIONS OF FACT

7. On or about August 8, 2013, plaintiff IT.com, Inc. and plaintiff Mark A. Cordover lent the sum of $130,000.00 to defendant, Moshe Mosbacher, on certain terms and conditions.

8. On or about August 8, 2013, plaintiff IT.com, Inc. and plaintiff Mark A Cordover, as Holders, and defendant, Moshe Mosbacher, as Maker, executed a written Promissory Note (the "Note") evidencing the terms upon which plaintiff IT.com, Inc. and plaintiff Mark A. Cordover loaned this money to defendant, Moshe Mosbacher. A complete and accurate copy of the Note is attached hereto as **Exhibit A**, and is incorporated by reference herein.

9. Plaintiff IT.com, Inc. is not in the business of loaning money. It provides services relating to AI driven automation of the customer support operations of companies with a view to improving product development as well as support.

10. Plaintiff Mark A. Cordover is not in the business of loaning money. He is employed full time as the president and chief officer of plaintiff IT.com, Inc.

11. The Note states that defendant, Moshe Mosbacher, promises to pay the principal amount of the Note, $130,000.00, plus accrued interest, default interest, and all other expenses on or before July 31, 2017.  Exhibit A ¶ 1 (b), at 1.

12. The Note provides that interest accrues as follows:

   (i) Three percent (3%) per year compounded annually from August 8, 2013, through and including January 31, 2015;
   (ii) Six percent (6%) per year compounded annually from February 1, 2015, through and including July 31, 2016; and
   (iii) Ten percent (10%) per year compounded annually from and after August 1, 2016, through and including the maturity date of July 31, 2017.  Exhibit A ¶ 1(a), at 1.

13. The Note provides that upon an event of default, interest will accrue on the unpaid principal balance at the rate of ten percent (10%) per year until paid and satisfied in full. Exhibit A ¶ 3, at 2.

14. The Note provides that if judgment is entered against defendant, Moshe Mosbacher, under the Note, defendant, Moshe Mosbacher, shall pay interest on that judgment at the rate of ten percent (10%) per year until paid and satisfied in full. Exhibit A ¶ 4, at 2.

15. The Note defines an event of default as the failure by defendant, Moshe Mosbacher, to make any payment due and payable under the Note on the maturity date, July 31, 2017. Exhibit A ¶ 7(b), at 2.

16. The Note further provides that upon the occurrence of an event of default, the entire unpaid principal balance of the Note, together with all accrued interest and default interest thereon, any and all attorney's fees actually incurred, and all Costs and or other charges and expenses, if any, owed by defendant, Moshe Mosbacher, to plaintiff IT.com, Inc. or plaintiff Mark A. Cordover under the Note shall become immediately due and payable in full without further notice to defendant, Moshe Mosbacher, and that plaintiff IT.com, Inc. and plaintiff Mark A. Cordover are thereupon entitled to exercise any and all legal rights and remedies they may have at law or in equity or under the Note. Exhibit A ¶ 8(a), at 3.

17. The Note further provides that defendant, Moshe Mosbacher, shall pay the costs, fees, and expenses incurred by plaintiff IT.com, Inc. and plaintiff Mark A. Cordover in connection with enforcement of the Note, including their reasonable attorney's fees. Exhibit A ¶ 9, at 3.

18. The Note further provides that defendant, Moshe Mosbacher, waives any defenses of presentment, demand and presentation for payment, notice of nonpayment and dishonor, protest, and notice of protest.  Exhibit A ¶ 5, at 2.

19. Defendant, Moshe Mosbacher, waived his right to trial by jury in any action arising out of or relating to the Note.  Exhibit A ¶ 21, at 5.

20. Defendant, Moshe Mosbacher, consented to submit himself to the jurisdiction of this Court in any suit, action, or proceeding arising out of or relating to the Note.  Exhibit A ¶ 12, at 4.

21. Defendant, Moshe Mosbacher, waived to the fullest extent permitted by law, any objection he had or may have to venue in this Court of any suit, action, or proceeding arising out of or relating to the Note.  *Ibid.*

22. Defendant, Moshe Mosbacher, stipulated that the provisions of the Note shall be governed and construed according to the internal laws of the District of Columbia, without regard to the law of the District of Columbia relating to choice of law or conflicts of law.  Exhibit A ¶ 11, at 4.

23. Defendant failed to make any payments of principal or interest on or before the maturity date, July 31, 2017.

24. Since the maturity date, defendant, Moshe Mosbacher, has not made any payments of principal, accrued interest, default interest, costs, expenses, attorney's fees, or of any other type whatsoever under the Note.

## CLAIM FOR RELIEF
### (Breach of Contract; Compensatory Damages and Costs)

25. Plaintiff IT.com, Inc. and plaintiff Mark A. Cordover reallege the averments of the foregoing paragraphs of this Complaint and incorporate them herein by reference, as if fully set forth herein.

26. The Note is a valid and enforceable contract between plaintiff IT.com, Inc. and plaintiff Mark A. Cordover and defendant Moshe Mosbacher.

27. Plaintiff IT.com, Inc. and plaintiff Mark A. Cordover are each holders in due course of the Note, with full rights to enforce the Note according to its terms.

28. Defendant, Moshe Mosbacher, was the Maker of the Note.

29. Defendant, Moshe Mosbacher, failed to pay the Note in full, plus accrued interest, by the maturity date, July 31, 2017, and has made no payments under the Note since that date.

30. The failure of defendant, Moshe Mosbacher, to pay the principal balance due under the Note in full, plus accrued interest, by the maturity date, July 31, 2017, constituted an event of default under the Note and was a material breach thereof.

31. Defendant, Moshe Mosbacher, has failed to cure his default under the Note.

32. The Note provides that upon default, plaintiff IT.com, Inc. and plaintiff Mark A. Cordover are entitled to any and all legal equitable rights and remedies at law or in equity.

33. The material breach of the Note by defendant, Moshe Mosbacher, has caused plaintiff IT.com, Inc. and plaintiff Mark A. Cordover to suffer damages consisting of the unpaid principal balance of the Note plus accrued interest and default interest, and entitles plaintiff IT.com, Inc. and plaintiff Mark A. Cordover to recover the costs of collection of the Note, including but not limited to their costs in this action and their reasonable attorney's fees.

34.     Attached to this Complaint as Exhibit B and incorporated by reference herein is a worksheet showing that at the date of default, defendant, Moshe Mosbacher, was indebted to plaintiff IT.com, Inc. and plaintiff Mark A. Cordover in the principal amount of $130,000.00 plus accrued interest of $33,098.42; and that default interest has accrued from the date of default through May 2, 2018, at the rate of $44.68 *per diem* in the additional amount of $12,287.00 through May 2, 2018.

35.     Exhibit B evidences that as of May 2, 2018, defendant, Moshe Mosbacher, owed plaintiff IT.com, Inc. and plaintiff Mark A. Cordover a total of $175,385.42.

36.     Exhibit B further shows that default interest continues to accrue at the rate of $44.68 *per diem*.

WHEREFORE plaintiff IT.com, Inc. and plaintiff Mark A. Cordover each respectfully requests that the Court enter judgment in behalf of each and against defendant, Moshe Mosbacher, in the amount of $175,385.42, plus default interest at the rate of $44.68 *per diem* from and including May 3, 2018, until paid in full; awarding plaintiff IT.com, Inc. and plaintiff Mark A. Cordover their costs in this action in accordance with FED. RULE CIV. PRO. 54(b)(d)(1); awarding plaintiff IT.com, Inc. and plaintiff Mark A. Cordover their reasonable attorney's fees in this matter in accordance with FED. RULE CIV. PRO. 54(b)(d)(2)(B); and providing such further relief as justice requires.

/s/ *WAMcDaniel, Jr.*
William Alden McDaniel, Jr.
D.C. Bar No. 293746
**BALLARD SPAHR LLP**
300 East Lombard Street, 18th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5502

                                        Fax: (410) 528-5650
                                        Email: McDanielW@ballardspahr.com

*Attorneys For Plaintiff IT.com, Inc. and Plaintiff Mark A. Cordover*